UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWNA MASSEY

                    Plaintiffs

           -against-

CITY OF NEW YORK;
NYPD OFFICERS MACK, badge 1795;
NAGRONE, badge number to be determined,

                    Defendants

Index No. 12 cv 3380 (SAS)

A jury trial is demanded

COMPLAINT

Plaintiff Shawna Massey, by her attorneys, the Law Office of Ronald L. Kuby, hereby brings this action under 42 U.S.C. §1983 to redress her constitutional and legal rights, and allege as follows:

## STATEMENT OF THE ACTION

1.     Defendant police officers arrested plaintiff without reasonable cause and strip searched her without justification.

## JURISDICTION, VENUE

2.     Jurisdiction in this Court is claimed under 42 U.S.C. §1983 and principles of pendant jurisdiction.  Venue is proper because defendant City of New York is administratively located within the Southern District of New York.

## PARTIES

3.     Plaintiff was at all times relevant a citizen of the state of New York and a resident of Bronx County.

4.     Defendant police officers are employees and agents of defendant City of New York.  At all times relevant they acted in their capacity as a New York City police officer, in furtherance of the City's interests, and in conformance with the usages

1

and practices of the City of New York and the New York City Police Department.

      5.    Defendant City of New York is a municipal corporation.  It is authorized by its charter to maintain a police department, for which it retains responsibility.

## FACTS

      6.    On January 1, 2012, at approximately 3am, plaintiff, her boyfriend, and her cousin Vanessa, making new year's rounds of family, were awaiting a cab at 147th street and 3rd Avenue in the Bronx.

      7.    Plaintiff observed a 16-year old boy she knew being detained by defendant uniformed NYPD officers.  The boy was the son of Vanessa's landlady, who lived nearby.

      8.    In response to her inquiry, the officers informed Vanessa that the boy was being detained because he had no identification.  Vanessa offered to fetch his identification from his home.  The officers agreed.

      9.    While the group was waiting for Vanessa's return, plaintiff's boyfriend spat onto the street.

      10.    The officers arrested and handcuffed the boy friend.

      11.    Plaintiff expressed her surprise and indignation, asking why he was being arrested instead of being given a ticket.

      12.    The officers arrested plaintiff,

      13.    She was removed to the 40th precinct and placed in a cell.

      14.    Defendant officer Nagrone, a female, strip searched her, compelling her to pull down her pants and underwear.

15.    Plaintiff was given a desk appearance ticket charging disorderly

conduct and released.

16.    The charges were dismissed at her first appearance because the

NYPD had not filed accusatory instruments.

## CAUSES OF ACTION

### I.  4th & 14th Amend. violation: False arrest

17.    Plaintiff's conduct met none of the elements of PL 240.20,

disorderly conduct.  Her arrest was without reasonable cause.

### II. 4th & 14th Amend. violation: unjustified strip search

18.    There was no basis or indicia to strip search plaintiff.[1]

### III.  Liability of City of New York for constitutional violations

19.    The constitutional violations herein alleged are directly caused by of

New York City and New York City Police Department policies, procedures, and

practices.

---

[1]The events herein alleged took place before the decision in <u>Florence v. County of Burlington</u>, 132 S. Ct. 1510; 2012 U.S. LEXIS 2712, decided April 2, 2012. Moreover, plaintiff's strip search was not associated with entry into a jail population.

Dated:        New York, New York
              April 24, 2012                    /s/

                                               George Wachtel [GW5921]
                                               Law Office of Ronald L. Kuby
                                               119 West 23st., Suite 900
                                               New York, NY 10011
                                               (212) 529-0223

              VERIFICATION

              Shawna Massey, plaintiff herein, being duly sworn, deposes and says as
follows: I have read the above complaint and it is true except for those parts identified
as "on information and belief," and as to those I believe them to be true.

New York, New York
Dated: April 24, 2012                          /s/
                                               Shawna Massey

Sworn to before me this 24th day of April,  2012


              Notarized in original by George Wachtel, Notary ID 02WA6029976, NY Co.,
expiring 8/30/2013

4